UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CYNTHIA UNDERDUE,                              :     08 Civ. 2786 (LTS) (DFE)
                                               :
                                               :     **NOTICE OF**
                   Plaintiff,                  :     **APPEARANCE**
                                               :
   -against-                                   :     ECF CASE
                                               :
TROUTMAN SANDERS LLP,                          :
                                               :
                   Defendant.                  :
------------------------------------------------------------X

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Kindly enter my appearance as counsel in this case for defendant Troutman Sanders LLP. I certify that I am admitted to practice in the Southern District of New York.

Dated: New York, New York
       April 22, 2008

BERKE-WEISS & PECHMAN LLP

By: _____
Louis Pechman (LP-6395)
488 Madison Avenue
New York, NY 10022
(212) 583-9500
*Attorneys for Defendant*