## BERKE-WEISS & PECHMAN LLP

ATTORNEYS AT LAW

488 MADISON AVENUE, NEW YORK, NEW YORK 10022
212-583-9500 • FAX 212-308-8582
www.bwp-law.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/23/08

April 22, 2008

BY FAX – 212-805-6181

Honorable Douglas F. Eaton
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

4/23/08 – I grant this request.
Douglas F. Eaton

Re: *Underdue v. Troutman Sanders LLP*
08-CV-2786 (DFE) (LTS)

Dear Judge Eaton:

We represent defendant Troutman Sanders LLP in the above referenced matter. This letter is to request a 30-day extension until May 22, 2008 to file an Answer or otherwise move with respect to the Complaint.

This letter will also confirm my conversation with Elyse Entin, your clerk, during which she scheduled an Initial Case Management conference for June 2, 2008 at 10 A.M. in Courtroom 18A, United States District Court, 500 Pearl Street, New York, New York 10007.

Thank you for your consideration.

Respectfully submitted,

Louis Pechman

LP/sh

cc: Cynthia Underdue (By Fax – 718-468-0391)

**MEMO ENDORSED**

USDC SDNY
DATE SCANNED 4/23/08