UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/3/08

------------------------------------x

CYNTHIA UNDERDUE,

　　　　　　　　　　　　　Plaintiff(s),   08 Civ. 2786 (LTS)(DFE)

　　- against -                           SCHEDULING ORDER

TROUTMAN SANDERS, LLP,

　　　　　　　　　　　　　Defendant(s).

------------------------------------x

DOUGLAS F. EATON, United States Magistrate Judge.

The "Start Date" will be the completion of the mediation (if unsuccessful).

1. Any motion for leave to amend the pleadings or to add parties must be served and filed ~~by~~ within one month from the Start Date.

2. All fact discovery must be commenced in time to be completed by four months after the Start Date.

3. Any proposed expert witness who falls within the words of Rule 26(a)(2)(B) must serve a report in strict compliance with that Rule -- plaintiff's experts by five months after the Start Date, defendant's experts by six months after the Start Date. These are also the deadlines for identifying any person who may be used at trial to present evidence under Rules 702, 703, or 705 of the Federal Rules of Evidence. All expert discovery must be commenced in time to be completed by seven months after the Start Date.

4. Any dispositive motion ~~must be served and filed by~~ will be governed by a second Scheduling Order, which I will issue soon after the cut-off date for discovery. ~~If the District Judge requires a pre-motion conference, then this is the deadline to request such a conference.~~

USDC SDNY
DATE SCANNED 6/3/08

5. ~~If (and only if) a dispositive motion has been made,~~ The joint pre-trial order, will also be governed by the second Scheduling Order. ~~in a format that complies with the trial Judge's individual rules, must be filed by~~

~~Plaintiff must serve ___ sections of the pre-trial order by~~

6. None of these deadlines will be extended except upon a showing of good cause. Any request for an extension must be made, by fax and by mail, <u>at least one week before</u> the deadline in question, and must state the other parties' positions concerning the proposed alternative date.

7. I will <u>not</u> "so order" any consent adjournment unless it complies with Paragraph 6 and tells me in writing the factual basis for the "good cause."

8. Pursuant to Rule 16(f), I may impose sanctions, including attorney's fees, if a party or a party's attorney fails to obey this scheduling order.

_____
DOUGLAS F. EATON
United States Magistrate Judge

Dated:   New York, New York
         June 2, 2008

2



# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

### REFERRAL FORM FOR PRO SE EMPLOYMENT DISCRIMINATION MEDIATION

Case name: CYNTHIA UNDERDUE v. TROUTMAN SANDERS, LLP

Docket number: 08 CIV. 2786 (LTS)(DFE)

Date this case was filed: 3/17/08

Date this case was assessed for eligibility for the mediation program: 6/2/08

This case was referred by Judge DOUGLAS F. EATON, who will / (will not) (circle one) conduct the mediation.

Pro Se Plaintiff's name:

CYNTHIA UNDERDUE

Address:
109-24 216th Street
Q. Village, NY 11429

Telephone number:
718-464-0391

Defendant's name:

TROUTMAN SANDERS, LLP

Represented by:
LAURIE BERKE-WEISS

Address:
BERKE-WEISS + PECHMAN LLP
488 MADISON AVE
NY, NY 10022

Telephone number:
212-583-9500
FAX - 212-308-8582

*** FOR THE PARTIES TO COMPLETE ***

The purpose of the mediation is to attempt to arrive at a mutually acceptable resolution of the dispute in a cooperative and informal manner.

The undersigned agree to participate in mediation.

Signature of plaintiff

Date: June 2, 2008

Signature of defendant's attorney

Date: June 2, 2008

Rev 11.01.01